# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: TRACY WAYNE TRUESDALE  
ROBIN LEANE TRUESDALE  
Debtor(s)

Case No.: 13-15544-TBM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sally J. Zeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2013.
2) The plan was confirmed on 08/05/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2015, 10/27/2014, 10/10/2014, 11/23/2015.
5) The case was completed on 04/15/2016.
6) Number of months from filing or conversion to last payment: 36.
7) Number of months case was pending: 38.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 5,900.00.
10) Amount of unsecured claims discharged without full payment: 115,636.03.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $14,364.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$14,364.00** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $4,421.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $873.91 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,294.91** |

Attorney fees paid and disclosed by debtor: $719.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ADCT | Unsecured | 200.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | Unsecured | 800.00 | NA | NA | .00 | .00 |
| ALL AMERICAN RTO | Unsecured | 201.66 | NA | NA | .00 | .00 |
| AMPS INC | Unsecured | 800.00 | NA | NA | .00 | .00 |
| APEX ALARM | Unsecured | 562.37 | NA | NA | .00 | .00 |
| B&R CHECKHOLDERS | Unsecured | 285.00 | NA | NA | .00 | .00 |
| BC SERVICES | Unsecured | 134.89 | NA | NA | .00 | .00 |
| BIG THOMPSON MED GROUP | Unsecured | 227.70 | NA | NA | .00 | .00 |
| BIG THOMPSON MED GROUP | Unsecured | 150.00 | NA | NA | .00 | .00 |
| BINGO PLANET | Unsecured | 115.00 | NA | NA | .00 | .00 |
| BONDED ADJUSTING | Unsecured | 327.72 | NA | NA | .00 | .00 |
| CHASE BANK | Unsecured | 1,412.24 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: TRACY WAYNE TRUESDALE  
      ROBIN LEANE TRUESDALE  
      Debtor(s)

Case No.: 13-15544-TBM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECKRITE | Unsecured | 71.00 | NA | NA | .00 | .00 |
| CLASS FOUR CREDITORS | Unsecured | NA | .00 | .00 | .00 | .00 |
| COLLECTION SPECIALISTS | Unsecured | NA | 145.00 | 145.00 | .69 | .00 |
| COLORADO DEPT OF REVENUE | Priority | NA | 77.00 | 77.00 | 77.00 | .00 |
| COLORADO DEPT OFREVENUE | Priority | 77.00 | NA | NA | .00 | .00 |
| COLORADO PAIN CLINIC | Unsecured | 500.00 | NA | NA | .00 | .00 |
| COLORADO PAIN CLINIC | Unsecured | 162.90 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 394.22 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 755.00 | NA | NA | .00 | .00 |
| CREDIT AMERICA | Unsecured | 600.36 | NA | NA | .00 | .00 |
| DAIMLER CHRYSLER FINANCIAL | Unsecured | 15,000.00 | NA | NA | .00 | .00 |
| DAKOTA STATE BANK | Unsecured | 1,099.00 | NA | NA | .00 | .00 |
| DEEP ROCK WATER CO | Unsecured | 431.20 | NA | NA | .00 | .00 |
| DISH NETWORK | Unsecured | 75.00 | NA | NA | .00 | .00 |
| FAST BUCKS | Unsecured | 900.00 | NA | NA | .00 | .00 |
| FED CHECKS RECOVERY | Unsecured | 200.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | Unsecured | NA | 1,705.80 | 1,705.80 | 24.34 | .00 |
| GARY & ROSEANNE BEVANS | Unsecured | 2,700.00 | NA | NA | .00 | .00 |
| GYMKATS | Unsecured | 280.00 | NA | NA | .00 | .00 |
| HARMONY HAND/PHYSICIAL | Unsecured | 360.00 | NA | NA | .00 | .00 |
| HOLMES MUSIC | Unsecured | 148.28 | NA | NA | .00 | .00 |
| HSBC | Secured | 6,500.00 | NA | NA | .00 | .00 |
| ISLE OF CAPRI | Unsecured | 340.00 | NA | NA | .00 | .00 |
| KING SOOPERS AKA KROGER | Unsecured | 240.94 | NA | NA | .00 | .00 |
| KIRK EYE CENTER | Unsecured | 170.00 | NA | NA | .00 | .00 |
| LAKE LOVELAND DERMATOLOG | Unsecured | 125.80 | NA | NA | .00 | .00 |
| LIVING SCRIPTURES | Unsecured | 2,393.00 | NA | NA | .00 | .00 |
| LONGMONT UNITED HOSPITAL | Unsecured | 1,097.00 | NA | NA | .00 | .00 |
| LOVELAND SURGERY CENTER | Unsecured | 316.90 | NA | NA | .00 | .00 |
| LSI COLLECTION | Unsecured | 2,385.74 | NA | NA | .00 | .00 |
| MOUNTAIN CREST | Unsecured | 230.00 | NA | NA | .00 | .00 |
| NORTHERN CO ER PHYSICIAN | Unsecured | 66.00 | NA | NA | .00 | .00 |
| ORTHOPEDIC CTR OF ROCKIES | Unsecured | 84.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Secured | NA | 237.00 | 237.00 | 237.00 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Secured | NA | 33,131.97 | 8,323.00 | 8,323.00 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 25,231.97 | 25,231.97 | 360.02 | .00 |
| PREFERRED CREDIT INC | Secured | NA | 1,004.25 | .00 | .00 | .00 |
| PROFESSIONAL FINANCE | Unsecured | 5,000.00 | NA | NA | .00 | .00 |
| QWEST | Unsecured | 1,062.39 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: TRACY WAYNE TRUESDALE  
      ROBIN LEANE TRUESDALE  
      Debtor(s)

Case No.: 13-15544-TBM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RIVIERA CASINO | Unsecured | 920.00 | NA | NA | .00 | .00 |
| SCHWANS | Unsecured | 359.79 | NA | NA | .00 | .00 |
| SCOTT FAMILY CHIROPRACTIC | Unsecured | 740.00 | NA | NA | .00 | .00 |
| SKIN CARE SPECIALISTS | Unsecured | 200.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMIN | Unsecured | 7,940.00 | NA | NA | .00 | .00 |
| SOUTHWESTERN CO | Unsecured | 367.84 | NA | NA | .00 | .00 |
| TELSELL MARKETING | Unsecured | 697.96 | NA | NA | .00 | .00 |
| THOMPSON VALLEY EMS | Unsecured | 790.30 | NA | NA | .00 | .00 |
| TRUGREEN CHEMLAWN | Unsecured | 135.00 | NA | NA | .00 | .00 |
| U.S. BANK | Unsecured | NA | 320.71 | 320.71 | 1.53 | .00 |
| U.S. BANK | Unsecured | NA | 38.00 | 38.00 | .18 | .00 |
| U.S. BANK | Unsecured | NA | 550.00 | 550.00 | 2.62 | .00 |
| UNITED CONSUMER FINANCIAL | Secured | 899.00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINANCIAL SERV | Secured | NA | 680.10 | 11.00 | 11.00 | .00 |
| UNITED CONSUMER FINANCIAL SERV | Unsecured | NA | 670.10 | 670.10 | 3.19 | .00 |
| US RECOVERY SERVICES, LLC | Unsecured | NA | 175.00 | 175.00 | .83 | .00 |
| US RECOVERY SERVICES, LLC | Unsecured | NA | 585.00 | 585.00 | 2.79 | .00 |
| WAKEFIELD & ASSOC | Unsecured | NA | 1,745.03 | 1,745.03 | 24.90 | .00 |
| WELLS FARGO VISA | Unsecured | 334.31 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: TRACY WAYNE TRUESDALE  
ROBIN LEANE TRUESDALE  
Debtor(s)

Case No.: 13-15544-TBM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT | Unsecured | 30,000.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 8,560.00 | 8,560.00 | .00 |
| All Other Secured: | 11.00 | 11.00 | .00 |
| **TOTAL SECURED:** | 8,571.00 | 8,571.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 77.00 | 77.00 | .00 |
| **TOTAL PRIORITY:** | 77.00 | 77.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 31,166.61 | 421.09 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $5,294.91 | |
| Disbursements to Creditors: | $9,069.09 | |
| **TOTAL DISBURSEMENTS:** | | $14,364.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/27/2016     By: /s/Sally J. Zeman  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.